Argued August 22, affirmed August 22, 1973

GARY RICHARDSON SMITH, *Appellant, v.*
CUPP (No. 78175), *Respondent.*

513 P2d 179

*Carl H. Brumund,* Salem, argued the cause and filed the brief for appellant.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.